UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RONNIE LYNN SEABOLT,

    Plaintiff,

v.                           3:00-cv-196

CLAIBORNE COUNTY, TENNESSEE, et al.,

    Defendants.

_____

RICK MIRACLE,

    Plaintiff,

v.                           3:02-cv-350

CLAIBORNE COUNTY, TENNESSEE, et al.,

    Defendants.

## **O R D E R**

This is a prisoner's civil rights complaint and proposed class action under 42 U.S.C. §1983; plaintiff is represented by counsel. The court having been advised by the parties in open court that all matters in this case have been compromised and settled, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED:**
    **ENTER:**

                                                       s/ Leon Jordan
                                                 United States District Judge